

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Greg L Anderson | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:19-cv-00778-B |
| | ) |
| Eastern Asset Services LLC | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** Eastern Asset Services LLC

A lawsuit has been filed against you.

c/o Registered Agent
Legalinc Corporate Services, Inc.
5237 Summerlin Commons, Suite 400
Fort Myers, FL 33907

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Nathan Volheim
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2019

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

Job # 10889

### Client Info:

Nathan Volheim
2500 South Highland Avenue
Suite 200
Lombard , IL 60148

### Case Info:

| | |
|---|---|
| **PLAINTIFF:** | DISTRICT COURT |
| Greg L Anderson | Court Division: CIVIL ACTION |
| -versus- | |
| **DEFENDANT:** | |
| Eastern Asset Services LLC | Court Case # **3:19-cv-00778-B** |

### Service Info:

**Date Received by Accurate Serve Plantation: 4/8/2019** at **08:47 AM**
**Service:** I Served **Eastern Asset Services LLC, c/o Registered Agent Legalinc Corporate Services, Inc.**
With: **Summons in a Civil Action, Proof Of Service, COMPLAINT**
by leaving with **Tonya Norsworthy, RECEPTIONIST - AUTHORIZED TO ACCEPT**

**At Business 5237 SUMMERLIN COMMONS SUITE 400 FORT MYERS, FL 33907**
On **4/12/2019** at **11:30 AM**
**Manner of Service: CORPORATE EMPLOYEE - AUTHORIZED TO ACCEPT**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3):; ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE
ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS
SERVED.

### Served Description:  (Approx)

Age: **42**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 5"**, Weight: **134**, Hair: **Blond** Glasses:  **No**

I **Mark Zammett** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in
which this service was made.

Signature of Server: _____
**Mark Zammett**
**157433**

**Accurate Serve Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # 2019001958
Job # 10889
SUBSCRIBED AND SWORN to before me this _____17th_____ day of ____April____ , 2019 , by **Mark Zammett**, Proved to
me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

Brandon Muscato
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF941558
Expires 12/7/2019




1 of 1